Certificate Number: 05781-NJ-DE-035244178

Bankruptcy Case Number: 20-23500



05781-NJ-DE-035244178

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 7, 2021</u>, at <u>8:52</u> o'clock <u>AM PST</u>, <u>Alan Karpf</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>January 7, 2021</u>            By:      <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:    <u>President</u>