Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−23500−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alan S Karpf
  373 Hudson Dr.
  Brick, NJ 08723

Social Security No.:
  xxx−xx−6047

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          2/10/21
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 5, 2021
JAN: gan

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Alan S Karpf  
    Debtor(s)

Case No. 20-23500-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jan 05, 2021     Form ID: 132     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan S Karpf, 373 Hudson Dr., Brick, NJ 08723-5920 |
| 519045526 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519045527 | + | Collection Bureau Of A, 25954 Eden Landing Road, Hayward, CA 94545-3837 |
| 519045529 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519045532 | + | Gsf Mortgage Corporati, 404 Executive Drive # 704, Langhorne, PA 19047-8003 |
| 519059105 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519045538 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519045539 | + | Trojan Professional Srvs, Attn: Bankruptcy, Po Box 1270, Los Alamitos, CA 90720-1270 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2021 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2021 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519045521 | | Email/Text: ebn@americollect.com | Jan 05 2021 22:01:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 519061906 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 05 2021 22:00:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519045522 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 05 2021 22:00:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519045523 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 05 2021 21:55:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519045528 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 05 2021 22:02:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519050510 | | Email/Text: mrdiscen@discover.com | Jan 05 2021 22:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519045530 | + | Email/Text: mrdiscen@discover.com | Jan 05 2021 22:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519057855 | + | Email/Text: bankruptcy@sccompanies.com | Jan 05 2021 22:02:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519045531 | + | Email/Text: bankruptcy@sccompanies.com | Jan 05 2021 22:02:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 519045533 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2021 22:01:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| 519058259 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2021 21:52:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519045534 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2021 21:52:53 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519048912 | | Email/PDF: cbp@onemainfinancial.com | Jan 05 2021 21:52:53 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519045535 | + | Email/PDF: cbp@onemainfinancial.com | Jan 05 2021 21:54:51 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519064136 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2021 22:01:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519045536 | + | Email/Text: clientservices@simonsagency.com | Jan 05 2021 22:02:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519045802 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 21:57:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519045537 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 21:57:36 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519045524 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519045525 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor GSF Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Alan S Karpf r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jan 05, 2021 | Form ID: 132 | Total Noticed: 28

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4