Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−23500−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alan S Karpf
   373 Hudson Dr.
   Brick, NJ 08723

Social Security No.:
   xxx−xx−6047

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/24/21 at 09:00 AM

to consider and act upon the following:

*25* − Motion re: Notice of Request for Loss Mitigation after 341 hearing Filed by Robert C. Nisenson on behalf of Alan S Karpf. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Nisenson, Robert)

Dated: 2/3/21

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court