| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>STANDING CHAPTER 13 TRUSTEE | |
| In Re:<br>**ALAN S. KARPF**<br><br><br>Debtor | Chapter 13 Case No: 20-23500<br><br>Hearing Date: 10/13/2021<br><br>Judge: Michael B. Kaplan |

# SUPPLEMENTAL OBJECTION TO CONFIRMATION AND
# CERTIFICATION REGARDING DISPOSABLE INCOME CALCULATION

    I, Sharon Ford, am a paralegal in the office of the Standing Chapter 13 Trustee, Albert Russo. As such, I am familiar with the above matter and have reviewed the income documents submitted on behalf of the Debtor(s) and certify as follows:

1.    The Debtor(s) provided the following documentation in support of the proposed disposable income payment to the Trustee.

    ·    10/1/2021 pay stub for Alan S. Karpf with net year to date of $72,509.31

    ·    10/1/2021 pay stub for Denise DePalma Karpf with net year to date of $26,489.56

    ·    1/7/2021 Invoice as proof of adoption subsidy in the net amount of $682

Such documents are maintained in the ordinary course of business by the Trustee.

2.    Based on the information provided by the Debtor(s), I have calculated disposable income as follows:

Calculation of verified monthly income totaling $11,681.97:

    $72,509.31 divided by 9 months = $8,056.69

    $26,489.56 divided by 9 months = $2,943.28

    $682 per month for adoption subsidy

3.     Debtor's Schedule J has expenses listed in the amount of $7,737.00.

4.     Based on the above, net disposable income has been verified at $3,944.97 per month. (Monthly income of $11,681.97 less Schedule J expenses of $7,737.000).

 I hereby certify that the information contained in this Certification is true and correct to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 10/12/2021

       /s/ *Sharon Ford*
Albert Russo, Standing Chapter 13 Trustee
By:  Sharon Ford, Paralegal