Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−23500−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alan S Karpf
   373 Hudson Dr.
   Brick, NJ 08723

Social Security No.:
   xxx−xx−6047

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 20, 2021.

Dated: October 20, 2021
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alan S Karpf  
    Debtor

Case No. 20-23500-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 20, 2021      Form ID: plncf13      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan S Karpf, 373 Hudson Dr., Brick, NJ 08723-5920 |
| 519101276 | + | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519045527 | + | Collection Bureau Of A, 25954 Eden Landing Road, Hayward, CA 94545-3837 |
| 519045532 | + | Gsf Mortgage Corporati, 404 Executive Drive # 704, Langhorne, PA 19047-8003 |
| 519045538 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519045539 | + | Trojan Professional Srvs, Attn: Bankruptcy, Po Box 1270, Los Alamitos, CA 90720-1270 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519045521 | | Email/Text: ebn@americollect.com | Oct 20 2021 20:22:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 519061906 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2021 20:21:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519045522 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2021 20:21:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519045523 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 20:35:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519077504 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2021 20:35:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519045526 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 20:36:13 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519045528 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2021 20:22:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519045529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 20:35:52 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519108802 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2021 20:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519050510 | | Email/Text: mrdiscen@discover.com | Oct 20 2021 20:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519045530 | + | Email/Text: mrdiscen@discover.com | Oct 20 2021 20:21:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

Case 20-23500-MBK    Doc 57    Filed 10/22/21    Entered 10/23/21 00:14:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519057855 | + | Email/Text: bankruptcy@sccompanies.com | Oct 20 2021 20:22:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519045531 | + | Email/Text: bankruptcy@sccompanies.com | Oct 20 2021 20:22:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 519065481 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2021 20:21:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 519100185 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2021 20:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519045533 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2021 20:22:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519104154 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 20:35:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519058259 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2021 20:35:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519045534 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2021 20:35:48 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519059105 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2021 20:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519048912 | | Email/PDF: cbp@onemainfinancial.com | Oct 20 2021 20:35:47 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519045535 | + | Email/PDF: cbp@onemainfinancial.com | Oct 20 2021 20:36:09 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519325905 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519325906 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519117536 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:12 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 519109963 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:01 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519075088 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2021 20:21:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519064136 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2021 20:21:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519045536 | + | Email/Text: clientservices@simonsagency.com | Oct 20 2021 20:22:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519045802 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:36:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519045537 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:36:10 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519109233 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2021 20:36:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 40

| | | |
|---|---|---|
| 519045524 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519045525 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor GSF Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Alan S Karpf r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5