Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−23500−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alan S Karpf
   373 Hudson Dr.
   Brick, NJ 08723

Social Security No.:
   xxx−xx−6047

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/3/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 3, 2022
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alan S Karpf  
Debtor

Case No. 20-23500-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Jan 03, 2022 | Form ID: 148 | Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan S Karpf, 373 Hudson Dr., Brick, NJ 08723-5920 |
| 519101276 | + | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519045527 | + | Collection Bureau Of A, 25954 Eden Landing Road, Hayward, CA 94545-3837 |
| 519045532 | + | Gsf Mortgage Corporati, 404 Executive Drive # 704, Langhorne, PA 19047-8003 |
| 519045539 | + | Trojan Professional Srvs, Attn: Bankruptcy, Po Box 1270, Los Alamitos, CA 90720-1270 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 03 2022 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 03 2022 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519045521 | | Email/Text: ebn@americollect.com | Jan 03 2022 21:55:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 519061906 | | EDI: PHINAMERI.COM | Jan 04 2022 02:58:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519045522 | + | EDI: PHINAMERI.COM | Jan 04 2022 02:58:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519045523 | + | EDI: CAPITALONE.COM | Jan 04 2022 02:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519077504 | + | EDI: AIS.COM | Jan 04 2022 02:58:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519045526 | + | EDI: CITICORP.COM | Jan 04 2022 02:58:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519045528 | + | EDI: CCS.COM | Jan 04 2022 02:58:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519045529 | + | EDI: CITICORP.COM | Jan 04 2022 02:58:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519108802 | | EDI: Q3G.COM | Jan 04 2022 02:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519050510 | | EDI: DISCOVER.COM | Jan 04 2022 02:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519045530 | + | EDI: DISCOVER.COM | Jan 04 2022 02:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519057855 | + | EDI: CBS7AVE | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519045531 | + | EDI: CBS7AVE | Jan 04 2022 02:58:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| | | | Jan 04 2022 02:58:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 519065481 | | EDI: IRS.COM | Jan 04 2022 02:58:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 519100185 | | EDI: JEFFERSONCAP.COM | Jan 04 2022 02:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519045533 | | EDI: JEFFERSONCAP.COM | Jan 04 2022 02:58:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519104154 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2022 22:05:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519058259 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 03 2022 22:05:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519045534 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 03 2022 22:05:11 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519059105 | + | EDI: MID8.COM | Jan 04 2022 02:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519048912 | | EDI: AGFINANCE.COM | Jan 04 2022 02:58:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519045535 | + | EDI: AGFINANCE.COM | Jan 04 2022 02:58:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519325905 | | EDI: PRA.COM | Jan 04 2022 02:58:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519325906 | | EDI: PRA.COM | Jan 04 2022 02:58:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519117536 | | EDI: PRA.COM | Jan 04 2022 02:58:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 519109963 | | EDI: PRA.COM | Jan 04 2022 02:58:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519075088 | | EDI: Q3G.COM | Jan 04 2022 02:58:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519064136 | | EDI: Q3G.COM | Jan 04 2022 02:58:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519045536 | + | Email/Text: clientservices@simonsagency.com | Jan 03 2022 21:55:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519045802 | + | EDI: RMSC.COM | Jan 04 2022 02:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519045537 | + | EDI: RMSC.COM | Jan 04 2022 02:58:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519045538 | + | EDI: WTRRNBANK.COM | Jan 04 2022 02:58:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519109233 | + | EDI: AIS.COM | Jan 04 2022 02:58:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 03, 2022 | Form ID: 148 | Total Noticed: 40 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519045524 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519045525 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2022              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor GSF Mortgage Corporation bnicholas@kmllawgroup.com   bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor GSF Mortgage Corporation dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Alan S Karpf r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6